Cardillo & Corbett
Attorneys for Plaintiff
LION SHIPHOLDING S.A.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   **08 CV 0538**

LION SHIPHOLDING S.A.,

              Plaintiff,

                      **ECF**
                      **RULE 7.1 STATEMENT**

    -against-

BELARUSIAN SHIPPING COMPANY a/k/a
BELARUSSIAN SHIPPING COMPANY,
TRASER ALLIANCE LTD., RIMEX LIMITED,
DEKKER LIMITED, C/GT GROUP LIMITED,
and MALTO LTD.,

              Defendants.
------------------------------------x



      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, LION SHIPHOLDING S.A. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           January 22, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff,
                                LION SHIPHOLDING S.A.

                    By: _____
                                Tulio R. Prieto (TP 8455)