*Berman* (?)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LION SHIPHOLDING S.A.,                :
                                      :
                      Plaintiff,      :   **ECF**
                                      :   **NOTICE OF DISMISSAL**
          -against-                   :   **PURSUANT TO FRCP**
                                      :   **RULE 41(a)(1)**
BELARUSIAN SHIPPING COMPANY a/k/a      :   08 Civ. 538 (RMB)
BELARUSSIAN SHIPPING COMPANY,         :
TRASER ALLIANCE LTD., RIMEX LIMITED, :
DEKKER LIMITED, C/GT GROUP LIMITED,  :
and MALTO LTD.,                       :
                                      :
                      Defendants.     :
------------------------------------x

          PLEASE TAKE NOTICE that the captioned action is

hereby dismissed without prejudice.  The defendant has not

appeared or served an answer in this action. **CLERK TO CLOSE THIS CASE.**

Dated:     New York, New York
           January 31, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              LION SHIPHOLDING S.A.

                              _Tulio R. Prieto_
                              Tulio R. Prieto (TP 8455)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

              SO ORDERED: RMB
              ------------------------------------
              RICHARD M. BERMAN U.S.D.J.
              1/30/08