UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

LION SHIPHOLDING S.A.,

                Plaintiff,

     -against-

BELARUSIAN SHIPPING COMPANY a/k/a
BELARUSSIAN SHIPPING COMPANY,
TRASER ALLIANCE LTD., RIMEX LIMITED,
DEKKER LIMITED, C/GT GROUP LIMITED,
and MALTO LTD.,

               Defendants.

-----------------------------------x

**ECF**
**ORDER APPOINTING**
**PERSON TO SERVE**
**PROCESS**
08 Civ. 0538 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

     Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

     Upon reading the Affidavit of Tulio R. Prieto, sworn to January 22, 2008, and good cause having been shown,

     IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
       January **22** 2008

                             RMB
                            United State District Judge



MICROFILMED
JAN 2 3 2008 -12:00 PM